# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0561. DENNIS MITCHELL BATTS v. THE STATE.**

On June 12, 2017, Dennis Mitchell Batts entered a negotiated guilty plea to trafficking in methamphetamine, and was sentenced to 30 years to serve 15. There is no indication that Batts filed a direct appeal from his judgment of conviction. On September 25, 2017, Batts filed a motion to modify his sentence. The trial court denied Batts' motion on December 15, 2017, and on June 10, 2019, Batts filed a "Petition for Writ of Certiorari" in the Georgia Supreme Court, which docketed the filing as an application for discretionary appeal. However, the Georgia Supreme Court then transferred the application here concluding that there was no basis for the exercise of its jurisdiction because Batts had no appeal decided by this Court. We also lack jurisdiction.

As the Supreme Court stated in its order transferring this application, Batts is "seeking review of his 2017 guilty plea conviction to trafficking in methamphetamine and a subsequent order denying his motion to modify sentence." Ordinarily, if a party applies for discretionary review of a directly appealable order – such as an order denying a timely motion for sentence modification – we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57)

(1989). Batts's "petition" was filed 542 days after the denial of the motion to modify his sentence. His filing is therefore untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   08/16/2019
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*